UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    TERESA A POST

Case No.:  16-20679

Judge:  ROSEMARY GAMBARDELLA

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 27, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-20679RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of WELLS FARGO DEALER SERVICES, Court Claim Number 3, be reduced to amount paid to date through the plan by the Standing Trustee, the amount paid to date through the plan by the Standing Trustee.

Case 16-20679-RG    Doc 48    Filed 09/29/17    Entered 09/30/17 00:37:18    Desc Imaged
Debtor(s): TERESA A POST    Certificate of Notice    Page 2 of 3

2

United States Bankruptcy Court
District of New Jersey

In re:  
Teresa A Post  
    Debtor

Case No. 16-20679-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db          +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson nj_ecf_notices@buckleymadole.com  
         Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com  
         Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com  
         Marie-Ann Greenberg    magecf@magtrustee.com

                                                                                                           TOTAL: 5