| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Harley-Davidson Credit Corp | Chapter: 13<br><br>Hearing Date: n/a<br><br>Judge: Rosemary Gambardella<br><br>Order Filed on October 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>Teresa A. Post<br><br>Debtor | |

Recommended Local Form:   ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 23, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>Harley-Davidson</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2013 HARLEY-DAVIDSON FLTRU ROAD GLIDE ULTRA , VIN: 1HD1KGM12DB616463**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Teresa A Post  
      Debtor

Case No. 16-20679-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db            +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:

            Denise E. Carlon     on behalf of Creditor     Harley-Davidson Credit Corp as servicing agent for Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Denise E. Carlon     on behalf of Creditor     Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Francesca Ann Arcure     on behalf of Creditor     Harley-Davidson Credit Corp as servicing agent for Harley-Davidson nj_ecf_notices@buckleymadole.com  
            Gavin N. Stewart     on behalf of Creditor     Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com  
            Joan Sirkis Warren     on behalf of Debtor Teresa A Post joan@joanlaverylaw.com  
            Marie-Ann Greenberg     magecf@magtrustee.com  
                                                                                                TOTAL: 6