| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on December 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    TERESA A POST | Case No.:  16-20679<br><br>Judge:  **ROSEMARY GAMBARDELLA** |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: December 13, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-20679RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

    ORDERED, that the claim of HARLEY DAVIDSON CREDIT CORP, Court Claim Number 1, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

    ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

Case 16-20679-RG    Doc 56    Filed 12/16/17    Entered 12/17/17 00:33:10    Desc Imaged
Debtor(s): TERESA A POST    Certificate of Notice    Page 2 of 3

2

United States Bankruptcy Court
District of New Jersey

In re:
Teresa A Post
    Debtor

Case No. 16-20679-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 14, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db          +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com
         Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com
         Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com
                                                                                                   TOTAL: 7