| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Harley-Davidson |
| In Re:<br>    Post, Teresa A               Debtor<br>    Post, William R.          Co-Debtor |

Order Filed on March 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-20679 RG

Chapter: 13

Hearing Date: February 21, 2018

Judge: Rosemary Gambardella

# ORDER VACATING STAY & CO-DEBTOR

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 5, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Harley-Davidson Credit Corp</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:

■   Personal Property More Fully Describes as:

**2013 HARLEY-DAVIDSON CREDIT CORP FLTRU ROAD GLIDE ULTRA, VIN: 1HD1KGM12DB616463**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*