UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Harley-Davidson

In Re:
    Post, Teresa A
                                  Debtor
    Post, William R.
                                  Co-Debtor

Order Filed on March 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>16-20679 RG</u>

Chapter: <u>13</u>

Hearing Date: <u>February 21, 20</u>18

Judge:  Rosemary Gambardella

# ORDER VACATING STAY & CO-DEBTOR

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 5, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Harley-Davidson Credit Corp</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as:

**2013 HARLEY-DAVIDSON CREDIT CORP FLTRU ROAD GLIDE ULTRA, VIN: 1HD1KGM12DB616463**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Teresa A Post  
    Debtor

Case No. 16-20679-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.  
db          +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
           Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com  
           Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com  
           Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. NJ_ECF_Notices@McCalla.com  
           Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com  
                                                                                                                              TOTAL: 10