UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   TERESA A POST

Case No.:  16-20679

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: June 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-20679RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of SYSTEMS AND SERVICES TECHNOLOGIES INC, Court Claim Number 2, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20679-RG
Teresa A Post                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1              Date Rcvd: Jun 11, 2018
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db             +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
    Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com
    Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com
    Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. NJ_ECF_Notices@McCalla.com
    Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com
                                                    TOTAL: 10