Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−20679−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teresa A Post
   105 West Lakeview Road
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4603

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/18 at 09:00 AM

to consider and act upon the following:

*74* − Certification in Opposition to Certification of Default (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/11/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Joan Sirkis Warren on behalf of Teresa A Post. (Warren, Joan)

Dated: 7/17/18

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court