Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20679−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teresa A Post
   105 West Lakeview Road
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4603

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/18 at 09:00 AM

to consider and act upon the following:

*74* − Certification in Opposition to Certification of Default (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/11/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Joan Sirkis Warren on behalf of Teresa A Post. (Warren, Joan)

Dated: 7/17/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Teresa A Post  
    Debtor

Case No. 16-20679-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                   Page 1 of 1                   Date Rcvd: Jul 17, 2018
                            Form ID: ntchrgbk             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db             +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046
cr             +Harley-Davidson Credit Corp as servicing agent for,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 23:14:29
                 Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,    pob 201347,
                 Arlington, TX 76006-1347
```
                                                                                                                                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
               Harley-Davidson dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
               Harley-Davidson NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
               Harley-Davidson BKNJ@buckleymadole.com
              Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com
                                                                                             TOTAL: 10
```