Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

**Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Teresa A Post,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 16-20679-RG<br><br>Hearing Date: September 19, 2018 at 10:30am<br><br>Judge: Rosemary Gambardella |
|---|---|

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: September 24, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Teresa A Post |
| Case No.: | 16-20679-RG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 as serviced by Select Portfolio Servicing, Inc. ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 105 W. Lakeview Road, Andover Township, NJ 07860;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 16-20679-RG
Teresa A Post                                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Sep 24, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db             +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
       Harley-Davidson dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
       Harley-Davidson NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
      Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
       Harley-Davidson BKNJ@buckleymadole.com
      Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com
      Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.
       NJ_ECF_Notices@McCalla.com
      Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
       phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com
                                                                               TOTAL: 11