**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Teresa A Post<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4603<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–20679–RG | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Teresa A Post

2/5/19

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 16-20679-RG
Teresa A Post                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: Feb 05, 2019
                               Form ID: 3180W           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
db             +Teresa A Post,    105 West Lakeview Road,    Newton, NJ 07860-6046
cr             +Harley-Davidson Credit Corp as servicing agent for,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
516232420      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516236670      +Medallion Bank,   c/o SYSTEMS & SERVICES,    TECHNOLOGIES,INC.,,
                 AS   SERVICER FOR MEDALLION BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
516212220       SST/Cigpf1 corp,    4315 Pickett Road,    Saint Joseph, MO 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Feb 06 2019 04:03:00      Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    pob 201347,    Arlington, TX 76006-1347
516233087      +EDI: AISACG.COM Feb 06 2019 04:03:00      Capital One Auto Finance,
                 4515 N Santa Fe Ave, Dept APS,    Oklahoma City, OK 73118-7901
516212215      +EDI: CAPONEAUTO.COM Feb 06 2019 04:03:00      Capital One Auto Finance,    PO Box 93016,
                 Long Beach, CA 90809-3016
516212217      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2019 23:56:16      Ditech Financial LLC,
                 345 St. Peter St. Suite 600,    Saint Paul, MN 55102-4404
516333051       E-mail/Text: bankruptcy.notices@hdfsi.com Feb 05 2019 23:57:29      Harley Davidson Credit,
                 8529 Innovation Way,    Chicago, IL 60682-0085
517315556      +E-mail/Text: jennifer.chacon@spservicing.com Feb 05 2019 23:58:02
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,    Select Portfolio Servicing, Inc.,
                 Bankruptcy Department 84165-0250
517315555       E-mail/Text: jennifer.chacon@spservicing.com Feb 05 2019 23:58:02
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516450181       E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2019 23:56:16      The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
516212221       EDI: WFFC.COM Feb 06 2019 04:03:00      Wells Fargo Auto Finance,    PO Box 29704,
                 Phoenix, AZ 85038-9704
516268690       EDI: WFFC.COM Feb 06 2019 04:03:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516212216       Debra Catanzaro-tenant
516212218       Frank Herbert-tenant
516212219       husband
516807218*     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                 TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for
               Harley-Davidson dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 05, 2019
                              Form ID: 3180W           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Gavin N. Stewart    on behalf of Creditor    Harley-Davidson Credit Corp as servicing agent for Harley-Davidson BKNJ@buckleymadole.com
          Joan Sirkis Warren    on behalf of Debtor Teresa A Post joan@joanlaverylaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. NJ_ECF_Notices@McCalla.com
          Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    Medallion Bank rsolarz@kmllawgroup.com
                                              TOTAL: 11